

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00352-CR

John **GONZALEZ III**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7917
Honorable Laura Parker, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time to file his brief, asserting the record is incomplete because it does not contain a DVD recording. Appellant states that although the DVD was not admitted into evidence as an exhibit, it was played for the trial court at the March 28, 2014 hearing on appellant's motion to suppress and was considered by that court in making its ruling.

We **order** the court reporter, Heather Collins, to file a supplemental record by **September 2, 2014** containing the DVD recording. If the recording is in the possession of the State, we **order** the State of Texas, by and through the Bexar County District Attorney, to deliver the DVD recording to Heather Collins by **August 25, 2014** for inclusion in the supplemental record.

We further **order** appellant's brief due thirty days after the supplemental record is filed in this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court